*BERMUDEZ* vs. *IBANEZ.*            FALL 1812.
                                    I District.

REAL property being seized, on a *fi' fa'*, the
parties appointed appraisers, and these being una- Appraisers cannot cast
ble to agree, it became necessary to appoint an lots for the
umpire.   Some difficulty arising in this, it was appointment of an umpire.
got over, by putting the names of three persons
in a hat, and the determination left to chance.
1805, *ch.* 15, *Civil Code,* 490, *art.* 3.

ON affidavit of this, and that the person chosen
was the personal enemy of the person whose land
was seized :

*By the Court.*   The appointment was impro-
perly left to chance.   The sheriff is to appoint, if
the appraisers cannot agree.

*Prevost* for plaintiff.
*Ellery* for defendant.